**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| | : | Case No. 10-12892 (PJW) |
| ROCK US HOLDINGS, INC., *et al.,*[1] | : | |
| | : | (Joint Administration Requested) |
| Debtors. | : | |

-------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND SERVICE PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appear as counsel for the Bank of Scotland plc ("BoS"), creditor in the above captioned cases. Under Chapter 11 of the Bankruptcy Code and pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, 9010, and 11 U.S.C. § 1109(b), BoS requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, order, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in these cases, be transmitted to:

| | |
|---|---|
| KAYE SCHOLER LLP<br>Attn: D. Tyler Nurnberg, Esq.<br>3 First National Plaza<br>70 West Madison Street<br>Suite 4100<br>Chicago, IL 60602-4231<br>Telephone: (312) 583-2300<br>Facsimile: (312) 583-2360<br>Email: tnurnberg@kayescholer.com | PEPPER HAMILTON LLP<br>Attn: David B. Stratton (DE No. 960)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19801-1709<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br>E-Mail: strattond@pepperlaw.com |

---

[1]   The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: (i) Rock US Holdings Inc. (4051); (ii) Rock US Investments LLC (5255); (iii) Rock New York (100-104 Fifth Avenue) LLC (9477); and (iv) Rock New York (183 Madison Avenue) LLC (4817). The address for each Debtor is: 183 Madison Avenue, Suite 617, New York, NY 10016.

KAYE SCHOLER LLP
Attn: Nicholas J. Cremona, Esq.
425 Park Avenue
New York, NY 10022-3598
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Email: ncremona@kayescholer.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of BoS or any other party in interest in these cases, including (a) the above captioned Debtors and Debtors-in-Possession (the "Debtors"), (b) property of the Debtors or the Debtors' estates, or proceeds thereof, (c) claims against or interests in the Debtors, (d) other rights or interests of creditors of the Debtors or other parties in interest in these cases, or (e) property or proceeds thereof in the possession, custody, or control of BoS or others that the Debtors may seek to use; or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by BoS or any other party in interest.

PLEASE TAKE FURTHER NOTICE that, in accordance with Federal Rule of Bankruptcy Procedure 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in these cases.

PLEASE TAKE FURTHER NOTICE that neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of BoS to have final

2

orders in non-core matters entered only after de novo review by a District Court judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Date:   September 16, 2010
        Wilmington, Delaware

Respectfully submitted,

By: /s/ David B. Stratton
David B. Stratton (DE No. 960)
**PEPPER HAMILTON LLP**
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19801-1709
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390
Email:  strattond@pepperlaw.com

D. Tyler Nurnberg, Esq.
**KAYE SCHOLER LLP**
3 First National Plaza
70 West Madison Street
Suite 4100
Chicago, IL  60602-4231
Telephone:  (312) 583-2300
Facsimile:  (312) 583-2360
Email:  tnurnberg@kayescholer.com

Nicholas J. Cremona, Esq.
**KAYE SCHOLER LLP**
425 Park Avenue
New York, NY  10022-3598
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689
Email:  ncremona@kayescholer.com

*Counsel to Bank of Scotland plc*

3