# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Rock US Holdings Inc., et al.,[1] | Case No. 10-12892 (PJW) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH PROPOSED SALE OF DEBTORS' ASSETS

PLEASE TAKE NOTICE that on September 15, 2010, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of the Debtors[2] for an Order Approving (I) Bid Incentives Including Break-Up Fee, (II) Approving Assumption and Assignment Procedures for Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* [Docket No. 14] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

At a hearing held before the Bankruptcy Court on October 7, 2010, the Bankruptcy Court entered an *Order (I) Approving Assumption and Assignment Procedures for Executory Contracts and Unexpired Leases, and Granting Related Relief; and (II) Adjourning Hearing on Bid Incentives including Break-up Fee* [Docket No. 127] the ("Assumption and Assignment Procedures Order"). Any party in interest wishing to receive a complete set of the Asset Purchase Agreements, the Motion and the Assumption and Assignment Procedures Order may do so free of charge upon request of Debtors' counsel, Bayard, P.A., 222 Delaware Avenue, Suite 900, Wilmington, DE 19801 (Attn: Jamie L. Edmonson, Esquire). Pursuant to the Assumption and Assignment Procedures Order, the Bankruptcy Court will hold a hearing on **October 28, 2010 at 1:30 p.m.** on the Bid Incentives, the Break-Up Fee, and the terms and conditions set forth in Sections 2.4(b)-(d) of the Purchase Agreements in connection with the property located at 100-104 Fifth Avenue, New York, NY and on **November 9, 2010 at 9:30 a.m.** in connection with the property located at 183 Madison Avenue, New York, NY (the "Bid Incentives Hearings").

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: (i) Rock US Holdings Inc. (4051); (ii) Rock US Investments LLC (5255); (iii) Rock New York (100-104 Fifth Avenue) LLC (9477); and (iv) Rock New York (183 Madison Avenue) LLC (4817). The address for each Debtor is: 183 Madison Avenue, Suite 617, New York, NY 10016.

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

The Debtors intend to sell or transfer the properties located at 100-104 Fifth Avenue, New York, NY and 183 Madison Avenue, New York, NY (the "Properties") to such buyer or transferee (the "Purchasers") under the Asset Purchase Agreements, or if the Madison Avenue Purchase Agreement and/or the Fifth Avenue Purchase Agreement have terminated prior to their respective closing dates, at the Senior Lenders' option, convey title to either or both of the Properties to (i) the Senior Lenders in full satisfaction of the Senior Lenders' Allowed Class 1 Claims or (ii) any entity designated by the Debtors, with the consent of the Senior Lenders, as the "Fifth Avenue Purchaser" or "Madison Avenue Purchaser." In connection with the sale of the Properties, the Debtors intend to assume and assign certain of their unexpired leases and executory contracts (collectively, the "Assumed Contracts") free and clear of all liens, claims, encumbrances and interest upon satisfaction of the cure amounts required under Bankruptcy Code section 365(b)(1)(A) (the "Cure Costs") to the respective Purchaser. The Assumed Contracts the Debtors may seek to assume and assign (but are not required to) and the corresponding Cure Costs are listed on the attached Exhibit A (the "Cure Schedule"). Receipt of this notice and inclusion on the Cure Schedule does not obligate the Debtors or any potential purchaser to assume and assign an Assumed Contract.

**Objections to Assumption and Assignment or Cure Costs**: Pursuant to the Assumption and Assignment Procedures Order, unless the non-Debtor party to an Assumed Contract files an objection (the "Objection") by **November 3, 2010 at 5:00 p.m. ET** (the "Objection Deadline"), and at the same time serves the Objection upon the following parties: (i) Rock US Holdings Inc., 183 Madison Avenue, Suite 617, New York NY 10016 (Attn: Michael L. Brody), (ii) Bayard, P.A., 222 Delaware Avenue, Suite 900, Wilmington, Delaware 19801 (Attn: Neil Glassman, Esq and Jamie L. Edmonson, Esq..), (iii) Hogan Lovells US LLP 875 Third Avenue, New York, New York 10022 (Attn: Robin E. Keller, Esq.), (iv) Kaye Scholer 425 Park Avenue, New York, New York 10022-3598 (Attn: D. Tyler Nurnberg, Esq. and Nicholas J. Cremona, Esq.), (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn: Jane Leamy, Esq.), (vi) counsel to the 100-104 Fifth Avenue Purchaser, Greenberg Traurig, 1221 Brickell Avenue, Miami, Florida 33131 (Attn: James Leshaw, Esq.) and Greenberg Traurig, The Nemours Building, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801 (Attn: Dennis Meloro, Esq.); and (vii) counsel to the 183 Madison Avenue Purchaser, Handsman & Kaminsky LLP, 900 Third Avenue, 12th Floor, New York, New York 10022 (Attn: David S. Handsman, Esq.) (collectively, the "Notice Parties"), such non-Debtor party to the Assumed Contracts shall be (a) forever barred from asserting any additional cure or other amounts with respect to charges that were billed before the Objection Deadline under the Assumed Contract, and the Purchaser will be entitled to rely solely upon the Cure Cost set forth in this Assumption and Assignment Notice and the Cure Schedule attached hereto; and (b) forever barred and estopped from asserting or claiming against the Purchaser that any additional amounts are due, or that there is any objection or defense with respect to the assumption and assignment of such Assumed Contract.

In the event that an Objection is timely filed in compliance with the procedures set forth above, such Objection must set forth the basis for the objection and, to the extent the Objection objects to the Cure Amount, set forth the cure amount being claimed by the objecting party with appropriate documentation in support thereof. The Debtors and the Purchasers will work in good faith with such parties to resolve any disputed cure amounts. If a consensual resolution cannot be reached, any Objection will be resolved as part of the confirmation hearing on the Plan,

2

currently scheduled for **November 9, 2010 at 9:30 a.m.** or at such other time as this Court may direct (the "Confirmation Hearing").

The Debtors and the Purchasers reserve their rights to under the Asset Purchase Agreements to amend Schedule 8.1(h) to the Purchase Agreements to add or delete Assumed Contracts. In the event that the Debtors and the Purchasers add any additional contracts to Schedule 8.1(h) to the Purchase Agreements, the Debtors shall serve the Assumption/Assignment Notice on the non-Debtor parties to such added Assumed contracts after such addition is made and the Objection Deadline for such Counter-Parties with respect to such added contracts shall be 5:00 p.m. (prevailing Eastern time) on the date that is 13 days after the date of such Assumption/Assignment Notice.

The Bid Incentives Hearings and Confirmation Hearing may be adjourned, from time to time, without further notice to creditors or other parties in interest other than by announcement of said adjournment before the Bankruptcy Court or on the Bankruptcy Court's calendar on the date scheduled for said hearings.

Dated: October 21 2010         BAYARD, P.A.
       Wilmington, Delaware

                                              */s/ Jamie L. Edmonson*
                                              Neil B. Glassman (No. 2087)
                                              Jamie L. Edmonson (No. 4247)
                                              GianClaudio Finizio (No. 4253)
                                              222 Delaware Avenue, Suite 900
                                              Wilmington, Delaware 19899
                                              Tel: (302)655-5000
                                              Fax: (302) 658-6395
                                              nglassman@bayardlaw.com
                                              jedmonson@bayrdlaw.com
                                              gfinizio@bayardlaw.com

                                              *Counsel for the Debtors and Debtors in Possession*