# EXHIBIT A

## ROCK NEW YORK (100-104 FIFTH AVENUE) LLC
## ASSUMED NON-RESIDENTIAL REAL ESTATE LEASES CURE SCHEDULE

| BUILDING | FLOOR | TENANT NAME | CURRENT/PROSPECTIVE/VACANT | CURE AMOUNT |
|---|---|---|---|---|
| 100 | 2ND | FOCUS PLUS | NON-RESIDENTIAL REAL PROPERTY LEASE | $0.00 |
| 104 | 2ND/3RD | LEADERSHIP DIRECTORIES | NON-RESIDENTIAL REAL PROPERTY LEASE | $0.00 |
| 100 | 3RD | THE INNOCENCE PROJECT | NON-RESIDENTIAL REAL PROPERTY LEASE | $0.00 |
| 100 | 4TH/5TH | ICON CAPITAL | NON-RESIDENTIAL REAL PROPERTY LEASE | $0.00 |
| 104 | 4TH | SARAH MERIANS | NON-RESIDENTIAL REAL PROPERTY LEASE | $0.00 |
| 104 | 5TH | S PLUS | NON-RESIDENTIAL REAL PROPERTY LEASE | $0.00 |
| 104 | 6TH | GABBE GROUP | NON-RESIDENTIAL REAL PROPERTY LEASE | $0.00 |
| 104 | 6TH | JARVIS IRVING | NON-RESIDENTIAL REAL PROPERTY LEASE | $0.00 |
| 100 | 7TH | DIMENSION CAPITAL PARTNERS | NON-RESIDENTIAL REAL PROPERTY LEASE | $0.00 |
| 100/104 | 8TH/9TH | ACADEMY FOR EDUCATIONAL DEVELOPMENT | NON-RESIDENTIAL REAL PROPERTY LEASE | $0.00 |
| 100 | 10TH | CALLISON ARCHITECTURE | NON-RESIDENTIAL REAL PROPERTY LEASE | $0.00 |
| 100 | 11TH | METROPOLITAN TALENT | NON-RESIDENTIAL REAL PROPERTY LEASE | $0.00 |
| 100/104 | 12TH | WB WOOD | NON-RESIDENTIAL REAL PROPERTY LEASE | $0.00 |
| 104 | 15TH | ADA CORE TECHNOLOGIES | NON-RESIDENTIAL REAL PROPERTY LEASE | $0.00 |
| 100/104 | 16TH/17TH | DEVITO VERDI | NON-RESIDENTIAL REAL PROPERTY LEASE | $0.00 |
| 104 | 18TH | VIRGIN MOBILE | NON-RESIDENTIAL REAL PROPERTY LEASE | $0.00 |
| 104 | 19TH | KELLY, LEGAN AND GERRARD | NON-RESIDENTIAL REAL PROPERTY LEASE | $0.00 |
| 104 | 20TH | KELLY, LEGAN AND GERRARD | NON-RESIDENTIAL REAL PROPERTY LEASE | $0.00 |

ROCK NEW YORK (183 MADISON AVENUE) LLC
ASSUMED NON-RESIDENTIAL REAL ESTATE LEASES CURE SCHEDULE

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT | CURE AMOUNT |
|---|---|---|---|
| TENANT NAME | TENANT SUITE[1] | | |
| DOMUS DESIGN CENTERS | 0101 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| VILLAS & APARTMENTS ABROAD | 0201 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| M. NAQUI PAKISTAN IMPORTS | 0202 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| S. LOVELL | 0206 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| MURRAY HILL MEDICAL | 0215 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| CHANTELLE LINGERIE | 0217 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| WESTPORT CORPORATION | 0301 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| WESTPORT CORPORATION | 0303 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| SENSUAL INC. | 0401 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| THE CHEMOTHERAPY FOUNDATION | 0403 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| DR. MIRACLES | 0407 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| DYNASHAPE INTIMA CORP | 0410 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| RONA RAINES AND BARRY MORENTZ | 0416 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| OLIVIA FELDMAN LINGERIE | 0417 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| LE MYSTERE | 0501 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| CHAR & HERZBERG | 0503 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| HK ROSS | 0505 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| AUSTIN & DEVON ASSOCIATES | 0515-0516 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| VFK CORP | 0517 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| MARK ELZWEIG | 0602 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| LOOMWORKS | 0603 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| BLOOMERS, INC | 0604 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| NIGHTWEAR NETWORK | 0605 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| CORNELL UNIVERSITY | 0606 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| CHANTELLE LINGERIE | 0700 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| SECRET FASHION | 0702 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| CHANTELLE LINGERIE | 0707 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| HUIT AMERICA | 0710 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| WORLD CHILDHOOD FOUNDATION | 0715 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| ENOC PEREZ | 0718 & 0720 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| DAVID WEISS CPA | 0803 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| OTOOLE-EWALD ASSOCIATES | 0806 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| JT INTIMATES | 0815 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| BYRON MANSYLLA | 0815A | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| RAGO FOUNDATIONS | 0816 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| AVANTIAS | 0819 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| MAF INTIMATE | 0915 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| CASS AND CREW | 0916A | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| DAVID WEISS CPA - STORAGE | 1000A | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| DREAMWEAR | 1001-1005,1020 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| LEADING LADY | 1016 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| SILSERGUIDE SALES | 1101 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| PANACHE LINGERIE | 1103 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| SIMONE PERELE | 1107 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| EASTON ARCHITECTS | 1111 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| ENTICING LINGERIE | 1113 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |

| Tenant | Suite | Lease Type | Amount |
|---|---|---|---|
| OVERSEAS DEVELOPMENT | 1119 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| TRUTH BE TOLD | 1201 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| M.O. AIR | 1202 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| BREAKING VIEWS | 1205 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| SALLES SCHAFER | 1214 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| A. GERBER | 1215 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| FRENCH UNDIES | 1218 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| ACE STYLE INTIMATE APPAREL | 1400 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| NY OIL HEATING ASSOCIATION | 1403 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| DOLCE VITA | 1404 & 1406 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| TECH TRADE | 1415 & 1416 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| MILLTEX GROUP | 1515 & 1516 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| EVERLAST WORLDWIDE | 1701 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| LOWELL & MEADER | 1715 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| LOMBARD STREET RESEARCH | 1716 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| HARBORCOVE FINANCIAL, LLC | 1718 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| VENTURIS | 1719 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |
| CHARLES KOMAR & SONS, INC. | 1800 | NON-RESIDENTIAL REAL ESTATE LEASE | $0.00 |

[1] All TENANTS ARE LOCATED AT 183 MADISON AVENUE, NEW YORK, NY 10016